# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **ALEXANDER WILLIAMS** | **PLAINTIFF** |
| **V.** | **CAUSE NO. 3:17-CV-927-CWR-FKB** |
| **HARTFORD LIFE & ACCIDENT INS. CO.** | **DEFENDANT** |

## ORDER

Before the Court is Hartford Life and Accident Insurance Company's motion to dismiss. Docket No. 3. As discussed in Hartford's motion, the Court dismisses Williams' state law claims on the basis that they are preempted by the Employment Retirement Income Security Act (ERISA). *See Sanford v. TIAA-CREF Individual & Inst. Serv., LLC*, No. 2:11-CV-122-KS-MTP, 2012 WL 627994, at *3 (S.D. Miss. Feb. 24, 2012) (finding that Plaintiff's state law claims were preempted by ERISA).

A final judgment shall issue in this case unless Williams submits an amended complaint within 10 days.

**SO ORDERED**, this the 9th day of January, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE